USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 04 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-

S.A.C. CAPITAL ADVISORS, L.P.,
S.A.C. CAPITAL ADVISORS, LLC,
CR INTRINSIC INVESTORS, LLC, and
SIGMA CAPITAL MANAGEMENT, LLC,

       Defendants.

---------------------------------------------------------x

No.  13 Cr. 541 (LTS)

ORDER

A change of plea hearing will be held in the above-captioned case on **Friday, November 8, 2013, at 3:00 p.m. in Courtroom 17C.**

    SO ORDERED.

Dated: New York, New York
    November 4, 2013

                                  LAURA TAYLOR SWAIN
                                  United States District Judge