UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA,                       :
:
- against -                                     :
:   No. 13 Cr. 541 (LTS)
S.A.C. CAPITAL ADVISORS, L.P., S.A.C.           :
CAPITAL ADVISORS, LLC, CR INTRINSIC             :
INVESTORS, LLC, and SIGMA CAPITAL               :
MANAGEMENT, LLC,                                :
:
            Defendants.                         :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF MOTION OF ELAN AND WYETH INVESTORS TO APPEAR AND BE HEARD AT PLEA HEARING

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, David E. Kaplan, Michael S. Allen, Chi-Pin Hsu, Gary W. Muensterman and Fred M. Ross, together with the City of Birmingham Retirement and Relief System and KBC Asset Management NV, will move this Court, before the Honorable Laura Taylor Swain, 40 Centre Street, Room 1205, New York, New York, on a date and at a time set by the Court, for an Order granting movants leave to appear and be heard at the change of plea hearing scheduled by the Court for November 8, 2013.

Dated: New York, New York
November 7, 2013

| **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** | **WOHL & FRUCHTER LLP** |
|---|---|
| By: *Deborah Clark-Weintraub* /EDW<br>    Deborah Clark-Weintraub<br>    Joseph P. Guglielmo<br>    Tom Laughlin<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, New York 10174<br>Telephone: (212) 223-6444 | By: *Ethan Wohl*<br>    Ethan D. Wohl<br>    Krista T. Rosen<br>    Sara J. Wigmore<br>570 Lexington Avenue, 16th Floor<br>New York, New York 10022<br>Telephone: (212) 758-4000<br>Facsimile: (212) 758-4004 |
| Gregg S. Levin<br>David P. Abel<br>**MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>Mt. Pleasant, South Carolina 29464<br>Telephone: (843) 216-9000<br><br>*Attorneys for the Wyeth Investors* | Marc I. Gross<br>Tamar A. Weinrib<br>**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br><br>*Attorneys for the Elan Investors* |