UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

S.A.C. CAPITAL ADVISORS, L.P.,
S.A.C. CAPITAL ADVISORS, LLC,
CR INTRINSIC INVESTORS, LLC, and
SIGMA CAPITAL MANAGEMENT, LLC,

    Defendants.

-------------------------------------------------------x

No. 13 Cr. 541 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 07 2014

ORDER

    The sentencing hearing for the above-captioned defendants, which is currently scheduled for Friday, March 14, 2014, is hereby adjourned to **Thursday, April 10, 2014 at 10:30 a.m. in Courtroom 17C.**

    SO ORDERED.

Dated: New York, New York
       March 7, 2014

LAURA TAYLOR SWAIN
United States District Judge