UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.  13 Cr. 541 (LTS)

S.A.C. CAPITAL ADVISORS, L.P.,
S.A.C. CAPITAL ADVISORS, LLC,
CR INTRINSIC INVESTORS, LLC, and
SIGMA CAPITAL MANAGEMENT, LLC,

        Defendants.

-------------------------------------------------------x

## ORDER

        Counsel for the Government and for the Defense are directed to be prepared to address the following issues at the hearing scheduled in the above-captioned case for April 10, 2014 at 10:30 a.m.:

        The Government's investigative conclusions as to the actual profit/avoided loss amounts for each defendant entity, and whether those conclusions take into account the activities of all culpable persons and those acting upon information provided by culpable persons or only the activities of the eight identified employees;

        The nature of the claims being resolved by the payments proposed to be made pursuant to the settlement agreements (disgorgement, civil penalties, etc.) and whether such payments are properly taken into account in satisfaction of the criminal forfeiture obligations;

        Whether the compliance consultant's responsibility will be limited to review of policies and procedures, or will also include review of the implementation of policies and procedures;

        The sufficiency of the compliance and policy review provisions to promote respect for the law, protect the public, and deter re-offense, in light of the restructuring of the entities and proposed early termination of the probationary periods;

        The qualifications of the compliance consultant and the criteria employed by the Government in determining whether to approve the individual; and

        Whether an upward departure under USSG §8C4.10 is warranted.

        SO ORDERED.

Dated: New York, New York
       April 8, 2014

                                                                                /S/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                                      United States District Judge