# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417  
FAX: (212)-805-0426

June 9, 2014

By E-mail (samuelmessingerm@aol.com)

Samuel Messinger  
Nachal Zevitan 2/1  
Ramot Bet Shemish  
Israel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 10 2014
```

United States v. SAC Capital Advisors LP et al.  
Criminal Action No. 13 Cr. 541 (LTS)

Dear Mr. Messinger:

      I am returning your letter. Steven Cohen is not a defendant in the captioned case. The four defendants have been sentenced. Further correspondence will neither be acknowledged nor posted to the docket.

Sincerely,

Laura Taylor Swain